IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

YASER OMAR, EMMANUEL GARCIA, and CHARLES GARCIA, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

16 Civ. 5824 (LDH)(CLP)

-against-

1 FRONT STREET GRIMALDI, INC. d/b/a GRIMALDI'S PIZZERIA, SIXTH AVENUE GRIMALDI, INC. d/b/a GRIMALDI's PIZZERIA, GRIMALDI'S LUNA PARK INC. d/b/a GRIMALIDI'S PIZZERIA, FRANK CIOLLI, and JOHN DOES #1-45, Jointly and Severally,

Defendants.

STIPULATION AND [PROPOSED] ORDER CONDITIONALLY CERTIFYING A FAIR LABOR STANDARDS ACT COLLECTIVE ACTION AND AUTHORIZING NOTICE TO BE ISSUED TO ALL PERSONS SIMILARLY SITUATED

THIS MATTER came before the Court on the parties' Stipulation Conditionally Certifying a Fair Labor Standards Act Collective Action and Authorizing Notice to be Issued to All Persons Similarly Situated and related relief, and the Court, having reviewed the said Stipulation, and the Proposed Notice and Consent Forms in English and Spanish,

IT IS HEREBY STIPULATED, CONSENTED AND AGREED that:

1. The collective action notice entitled "NOTICE OF LAWSUIT WITH OPPORTUNITY TO JOIN" and the "CONSENT TO BECOME A PARTY PLAINTIFF," attached to this Stipulation as Exhibit A and Exhibit B, respectively, are hereby approved for mailing to potential plaintiffs; and

2. The conditional collective class of potential plaintiffs in this matter shall consist of all current and former waiters, bussers, pizza makers, delivery employees, dishwashers and counter employees who worked at 1 Front Street Grimaldi, Inc. d/b/a Grimaldi's Pizzeria (Front Street, Brooklyn), Sixth Avenue Grimaldi, Inc. d/b/a Grimaldi's Pizzeria (656 Sixth Avenue, Manhattan) and Grimaldi's Luna Park Inc. d/b/a Grimaldi's Pizzeria (Coney Island, Brooklyn) (collectively,

"Grimaldi's Pizzeria") at any time on or after January 5, 2014 to ______. [Insert date of this Order]; and

3. Defendants shall provide to Plaintiffs, within twenty (20) days following the date of this Order, the names, phone numbers, addresses and email addresses of all potential plaintiffs who worked in the above positions from on or after January 5, 2014 to __________ [Insert date of this Order]. This information shall be supplied in paper form, and also digitally in one of the following formats: Microsoft Excel; or Microsoft Word.

4. Plaintiff shall mail to all potential plaintiffs the "NOTICE OF LAWSUIT WITH OPPORTUNITY TO JOIN," and the "CONSENT TO BECOME A PARTY PLAINTIFF" form, attached to this Stipulation as Exhibit A and Exhibit B, respectively, no later than ten (10) days following Defendants' disclosure of the contact information for the potential plaintiffs; and

5. All potential plaintiffs must opt-in no later than 60 days after the date of the mailing of the notice, by returning the executed form entitled "CONSENT TO BECOME A PARTY PLAINTIFF" to Plaintiffs' counsel so it is received by Plaintiffs' counsel before that date. Plaintiff's counsel shall thereupon promptly file such executed consents with the Court.

By: /s ________________________
Scott R. Green, Esq.
RIVKIN RADLER LLP
*Attorney for Defendants*
926 Rxr Plaza
Uniondale, NY 11556
Tel: (212) 357-3139
Fax: (212) 357-3333

By: /s ________________________
Brent E. Pelton, Esq
PELTON GRAHAM LLC
*Attorneys for Plaintiffs*
111 Broadway, Suite 1503
New York, NY 10006
Tel: (212) 385-9700
Fax: (212) 385-0800

DATED this 19 day of Jan., 2017

**SO ORDERED:**

/s/ Cheryl Pollak
HONORABLE CHERYL L. POLLAK
UNITED STATES MAGISTRATE JUDGE