# Division of Labo ⸺ ...ndards — Claim Int... e Review Form

This form is used by District Offices for processing new monetary claim forms, non-monetary claims/phone calls and appending new claims to existing cases. When used for monetary claims and appending claims, this form must be accompanied by a completed LS-222, LS-223 or LS-425.

Only those sections marked in YELLOW are required fields

Reviewed by: RACF: usayg1

Check One: ☒ New Claim ☐ Append to Case No.

## CLAIMANT INFORMATION:

| | |
|---|---|
| First Name Romeo | Last Name Cordoba |
| Social Security Number | ▓▓▓▓▓▓▓▓ |
| Address | ▓▓▓▓▓▓▓▓ |
| City ▓▓▓ | State ▓▓▓ Zip ▓▓▓ |
| Phone | ▓▓▓▓▓▓▓▓ |
| Other Phone | - - |
| Other Phone 2 | - - |
| Email | |

## EMPLOYER INFORMATION:

| | |
|---|---|
| Employer Name | Grimaldi's Coal Brick-Oven Pizzeria |
| Business Type (Use one of the following in this field: Corporation/DBA/Individual/LLC/Other/Partnership) | Other |
| FEIN | |
| ER First Name | Frank |
| ER Last Name | |

| Address | 1 Front Street |
|---|---|
|  |  |
|  |  |
| City      Brooklyn | State    NY   Zip    11201 |
|  |  |
| Phone | 718 - 858 - 4300 |
| Industry<br>(Use one of the following in this field: Apparel, Building Service, Domestic Employment, Electric, Farms, General Construction, HVAC, Homework, Hotels, Miscellaneous, Miscellaneous – Non-Profit, Non-Profit Exempt, Plumbing, Public Schools, Restaurants) | Restaurant |

## COMPLAINT INFORMATION:

| Source of Complaint<br>(Use one of the following in this field: Anonymous, Investigator/Patrol, Parent/3rd Party, Permit Application, Recheck, Referral, Union, Worker) |  |
|---|---|
| Type of Complaint | Check all necessary boxes and enter amount if applicable<br>**NOTE:** At least one box marked with an asterisk * must be checked for non-monetary claims. |
|  | *       ☐ Child Labor |
|  | *       ☐ Farm Labor |
|  | *       ☐ Homework |
|  | *       ☒ Hours and Meal Period |
|  | ☒ Minimum Wage |
|  | *       ☐ Permit/Licensing |
|  | ☐ Supplemental Wage Claim |
|  | ☐ Tip Appropriations |
|  | ☐ Unlawful Deductions |
|  | ☐ Wage Claim |
|  | *       ☒ Wage Statement/Records/Payment |

| | |
|---|---|
| District | 02 |
| County | Brooklyn |
| Dates Worked | From 4/14/2011 to 04/14/2014 |
| Rate $450.00 | Per Weekl |
| Occupation | Or Job Title Pizzia and Salad Prep., Dishwasher |

**COMPLAINT:** What you put in here will populate the collection letter. Please be professional and concise with your wording.

[ ]

Language

Complaint Specific Information:

| Violation Date | / / |
|---|---|
| ☐ Central Investigations | ☒ Send Acknowledgement letter |

Other:

Status:

| ☐ Incomplete | ☐ Invalid |
|---|---|
| ☐ No Jurisdiction | ☐ Pending |
| ☒ Valid/Make a Case | ☐ |

COMMENTS:

[ ]

# Division of Labor Standards – Claim Intake Review Form

This form is used by District Offices for processing new monetary claim forms, non-monetary claims/phone calls and appending new claims to existing cases. When used for monetary claims and appending claims, this form must be accompanied by a completed LS-222, LS-223 or LS-425.

Only those sections marked in YELLOW are required fields

Reviewed by:         RACF: usayg1

Check One:   ☒ New Claim        ☐ Append to Case No.

## CLAIMANT INFORMATION:

| | |
|---|---|
| First Name  Noe' | Last Name  Rivera |
| Social Security Number | ▮▮▮▮▮▮▮ |
| Address | ▮▮▮▮▮▮▮ |
| City  ▮▮▮ | State ▮▮  Zip ▮▮ |
| Phone | ▮▮▮▮▮▮▮ |
| Other Phone | - - |
| Other Phone 2 | - - |
| Email | |

## EMPLOYER INFORMATION:

| | |
|---|---|
| Employer Name | Grimaldi's Coal Brick-Oven Pizzeria |
| Business Type (Use one of the following in this field: Corporation/DBA/Individual/LLC/Other/Partnership) | Other |
| FEIN | |
| ER First Name | Frank |
| ER Last Name | |

DEF 000055

| | |
|---|---|
| Address | 1 Front Street |
| | |
| | |
| City     Brooklyn | State   NY  Zip    11201 |
| Phone | 718 - 858 - 4300 |
| Industry<br>(Use one of the following in this field: Apparel, Building Service, Domestic Employment, Electric, Farms, General Construction, HVAC, Homework, Hotels, Miscellaneous, Miscellaneous – Non-Profit, Non-Profit Exempt, Plumbing, Public Schools, Restaurants) | Restaurant |

**COMPLAINT INFORMATION:**

| | |
|---|---|
| Source of Complaint<br>(Use one of the following in this field: Anonymous, Investigator/Patrol, Parent/3rd Party, Permit Application, Recheck, Referral, Union, Worker) | |
| Type of Complaint | Check all necessary boxes and enter amount if applicable<br><u>NOTE:</u> At least one box marked with an asterisk * must be checked for non-monetary claims. |
| | *       ☐ Child Labor |
| | *       ☐ Farm Labor |
| | *       ☐ Homework |
| | *       ☒ Hours and Meal Period |
| | ☒ Minimum Wage |
| | *       ☐ Permit/Licensing |
| | ☐ Supplemental Wage Claim |
| | ☐ Tip Appropriations |
| | ☐ Unlawful Deductions |
| | ☐ Wage Claim |
| | *       ☒ Wage Statement/Records/Payment |

| | |
|---|---|
| District | 02 |
| County | Brooklyn |
| Dates Worked | From 5/ 13/ 2012 to 04 / 12 / 2014 |
| Rate $450.00 | Per Weekl |
| | |
| Occupation | Or Job Title  Pizzia and Salad Prep., Dishwasher |
| | |

**COMPLAINT:** What you put in here will populate the collection letter. Please be professional and concise with your wording.

[ ]

Language

Complaint Specific Information:

| Violation Date | /    / |
|---|---|
| ☐ Central Investigations | ☒ Send Acknowledgement letter |

Other:

Status:

| ☐ Incomplete | ☐ Invalid |
|---|---|
| ☐ No Jurisdiction | ☐ Pending |
| ☒ Valid/Make a Case | ☐ |

COMMENTS:

[ ]

## Division of Labor Standards – Claim Intake Review Form

This form is used by District Offices for processing new monetary claim forms, non-monetary claims/phone calls and appending new claims to existing cases. When used for monetary claims and appending claims, this form must be accompanied by a completed LS-222, LS-223 or LS-425.

Only those sections marked in YELLOW are required fields

Reviewed by: _____   RACF: usayg1

Check One:   ☒ New Claim   ☐ Append to Case No.

### CLAIMANT INFORMATION:

| Field | Value |
|---|---|
| First Name | David |
| Last Name | Lucero |
| Social Security Number | [redacted] |
| Address | [redacted] |
| City | [redacted] |
| State | [redacted] |
| Zip | [redacted] |
| Phone | [redacted] |
| Other Phone | - - |
| Other Phone 2 | - - |
| Email | |

### EMPLOYER INFORMATION:

| Field | Value |
|---|---|
| Employer Name | Grimaldi's Coal Brick-Oven Pizzeria |
| Business Type (Use one of the following in this field: Corporation/DBA/Individual/LLC/Other/Partnership) | Other |
| FEIN | |
| ER First Name | Frank |
| ER Last Name | |

DEF 000060

| | |
|---|---|
| Address | 1 Front Street |
| | |
| | |
| City        Brooklyn | State   NY  Zip   11201 |
| Phone | 718 - 858 - 4300 |
| Industry<br>(Use one of the following in this field: Apparel, Building Service, Domestic Employment, Electric, Farms, General Construction, HVAC, Homework, Hotels, Miscellaneous, Miscellaneous – Non-Profit, Non-Profit Exempt, Plumbing, Public Schools, Restaurants) | Restaurant |

**COMPLAINT INFORMATION:**

| | |
|---|---|
| Source of Complaint<br>(Use one of the following in this field: Anonymous, Investigator/Patrol, Parent/3rd Party, Permit Application, Recheck, Referral, Union, Worker) | |
| Type of Complaint | Check all necessary boxes and enter amount if applicable<br><u>NOTE:</u> At least one box marked with an asterisk * must be checked for non-monetary claims. |
| | *   ☐ Child Labor |
| | *   ☐ Farm Labor |
| | *   ☐ Homework |
| | *   ☒ Hours and Meal Period |
| | ☒ Minimum Wage |
| | *   ☐ Permit/Licensing |
| | ☐ Supplemental Wage Claim |
| | ☐ Tip Appropriations |
| | ☐ Unlawful Deductions |
| | ☐ Wage Claim |
| | *   ☒ Wage Statement/Records/Payment |

| District | 02 |
|---|---|
| County | Brooklyn |
| Dates Worked | From 4/ 14/ 2011 to 04 / 12 / 2014 |
| Rate $450.00 | Per Weekl |
|  |  |
| Occupation | Or Job Title Pizzia and Salad Prep., Dishwasher |

**COMPLAINT:** What you put in here will populate the collection letter. Please be professional and concise with your wording.

[ ]

Language

Complaint Specific Information:

| Violation Date | / / |
|---|---|
| ☐ Central Investigations | ☒ Send Acknowledgement letter |

Other:

Status:

| ☐ Incomplete | ☐ Invalid |
|---|---|
| ☐ No Jurisdiction | ☐ Pending |
| ☒ Valid/Make a Case | ☐ |

COMMENTS:

[ ]

## Division of Labor Standards – Claim Intake Review Form

This form is used by District Offices for processing new monetary claim forms, non-monetary claims/phone calls and appending new claims to existing cases. When used for monetary claims and appending claims, this form must be accompanied by a completed LS-222, LS-223 or LS-425.

CV

Only those sections marked in YELLOW are required fields   DIST02

Reviewed by: _____   RACF: usayg1   APPENDED

Check One:   ☒ New Claim   ☐ Append to Case No.   LS02 2014002247
WM 4/16/14

**CLAIMANT INFORMATION:**

| First Name | Juan | Last Name | Degante |
|---|---|---|---|
| Social Security Number | | ███████ | |
| Address | | | |
| City | | State | Zip |
| Phone | | - - | |
| Other Phone | | - - | |
| Other Phone 2 | | - - | |
| Email | | | |

RECEIVED
DIV OF LABOR STANDARDS
APR 21 2014
NEW YORK CITY OFFICE
DISTRICT #2

**EMPLOYER INFORMATION:**

| Employer Name | Grimaldi's Coal Brick-Oven Pizzeria |
|---|---|
| Business Type (Use one of the following in this field: Corporation/DBA/Individual/LLC/Other/Partnership) | Other |
| FEIN | |
| ER First Name | Alberto |
| ER Last Name | Moreno |

DEF 000063

| Address | 1 Front Street |
|---|---|
|  |  |
|  |  |
| City       Brooklyn | State   NY   Zip   11201 |
| Phone | 718 - 858 - 4300 |
| Industry (Use one of the following in this field: Apparel, Building Service, Domestic Employment, Electric, Farms, General Construction, HVAC, Homework, Hotels, Miscellaneous, Miscellaneous – Non-Profit, Non-Profit Exempt, Plumbing, Public Schools, Restaurants) | Restaurant |

**COMPLAINT INFORMATION:**

| Source of Complaint (Use one of the following in this field: Anonymous, Investigator/Patrol, Parent/3rd Party, Permit Application, Recheck, Referral, Union, Worker) |  |
|---|---|
| Type of Complaint | Check all necessary boxes and enter amount if applicable NOTE: At least one box marked with an asterisk * must be checked for non-monetary claims. |
|  | *   ☒ Child Labor |
|  | *   ☐ Farm Labor |
|  | *   ☐ Homework |
|  | *   ☐ Hours and Meal Period |
|  | ☐ Minimum Wage |
|  | *   ☐ Permit/Licensing |
|  | ☐ Supplemental Wage Claim |
|  | ☐ Tip Appropriations |
|  | ☐ Unlawful Deductions |
|  | ☐ Wage Claim |
|  | *   ☐ Wage Statement/Records/Payment |

| District | 02 |
|---|---|
| County | Brooklyn |
| Dates Worked | From 3/ 01/ 2013 to 04 / 13 / 2014 |
| Rate $80.00 | Per Day |
| Occupation | Or  Job Title  Dishwasher |

**COMPLAINT:** What you put in here will populate the collection letter. Please be professional and concise with your wording.

Language

Complaint Specific Information:

| Violation Date | /     / |
|---|---|
| ☐ Central Investigations | ☒ Send Acknowledgement letter |

Other:

Status:

| ☐ Incomplete | ☐ Invalid |
|---|---|
| ☐ No Jurisdiction | ☐ Pending |
| ☐ Valid/Make a Case | ☐ |

COMMENTS:

DEF 000065