

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**SCOTT R. GREEN**
PARTNER
(516) 357-3139
scott.green@rivkin.com

February 21, 2019

<u>**VIA ECF**</u>

Hon. Cheryl L. Pollack
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 1230
Brooklyn, NY 11201

      Re:  **Omar, et. al. v. 1 Front Street Grimaldi, Inc. et al.**
             **Docket No. 1:16-cv-05824 (LDH)(CLP)**
             <u>**RR File No.: 2123-7**</u>

Dear Magistrate-Judge Pollack:

    Rivkin Radler LLP is counsel to Defendants in this matter. On behalf the Defendants, Mr. Frank Ciolli will appear in person at Show Cause Hearing scheduled for February 22, 2019.

    Thank you for your consideration.

                            Very truly yours,

                            RIVKIN RADLER LLP

                            *Scott R. Green*

                            Scott R. Green

cc:    All counsel Via ECF

4272564 v1

9 Thurlow Terrace
Albany, NY 12203-1005
T 518.462.3000 F 518.462.4199

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777