

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

March 21, 2019

**VIA ECF**

Hon. Cheryl L. Pollack
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 1230
Brooklyn, NY 11201

    Re:  **Omar, et. al. v. 1 Front Street Grimaldi, Inc. et al.**
           **Docket No. 1:16-cv-05824 (LDH)(CLP)**
           **RR File No.:  2123-7**

Dear Magistrate-Judge Pollack:

    Rivkin Radler LLP is counsel to Defendants in this matter.  Defendants note that, following the orders by Judge DeArcy Hall on March 13, 2019, there are no open issues precluding a determination by Your Honor on Defendants' Motion to Withdraw as counsel.

    Thank you for your consideration.

                                    Very truly yours,

                                    RIVKIN RADLER LLP

                                    *Scott R. Green*

                                    Scott R. Green

cc:    All counsel Via ECF

4301106 v1