UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
YASER OMAR, *et al*.,

                Plaintiffs,

     -against-

1 FRONT STREET GRIMALDI, INC., *et al*.,

                Defendants.
----------------------------------------------------------------X

**REPORT AND RECOMMENDATION**
16 CV 5824 (LDH) (CLP)

**POLLAK**, United States Magistrate Judge:

      On November 19, 2019, by stipulation among the parties, Brooklyn Pizzeria, Inc. was dismissed from this action voluntarily and without prejudice.[1]  Thereafter, on November 20, 2019, the Honorable LaShann DeArcy Hall referred the parties' proposed stipulation dismissing Brooklyn Pizzeria, Inc. to the undersigned to determine whether the stipulation of dismissal was entered into pursuant to a settlement agreement and, if so, whether settlement approval was necessary pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), cert. denied, 136 S. Ct. 824 (2016).  On December 18, 2019, a status conference was held in the above-captioned matter to address the reasons for the dismissal.

      Defendant Brooklyn Pizzeria, Inc. and plaintiffs stated during the status conference that the dismissal of the defendant was not pursuant to any settlement agreement.  No money was paid by any party to effectuate this dismissal, and the dismissal was made without prejudice for plaintiff to refile against defendant Brooklyn Pizzeria, Inc. at a future date.  The plaintiffs explained that, upon reviewing the defendants' motion to dismiss and the arguments challenging the sufficiency of the allegations in plaintiffs' Amended Complaint, plaintiffs concluded that they needed additional information before they could fully articulate and support their claims

---

[1] ECF No. 99.

against defendant Brooklyn Pizzeria, Inc.

After having held this status conference, the Court is satisfied that the parties did not settle the matter. Instead, rather than expend time and resources opposing a motion to dismiss, plaintiffs decided to drop the claims against Brooklyn Pizzeria, Inc. until they had sufficient evidence to pursue the claims. Thus, the circumstances surrounding the dismissal of Brooklyn Pizzeria, Inc. from this action does not require the Court to make an analysis under Cheeks. It is respectfully recommended that the District Court dismiss the case against Brooklyn Pizzeria, Inc., without prejudice.

The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**

Dated: Brooklyn, New York
December 19, 2019

/s/ Cheryl L. Pollak
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York

2