UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
YASER OMAR, EMMANUEL GARCIA,
and CHARLIE GARCIA, Individually and
On Behalf of All Others Similarly Situated,

                Plaintiffs,                16-cv-5824 (LDH) (CLP)

    -      against  –                               **CERTIFICATE OF DEFAULT**

1 FRONT STREET GRIMALDI, INC.
d/b/a GRIMALDI'S PIZZERIA, DUMBO
RESTAURANT CORP. d/b/a
GRIMALDI'S PIZZERIA, SIXTH
AVENUE GRIMALDI, INC. d/b/a
GRIMALDI's PIZZERIA, 1215 SURF
AVE. RESTAURANT CORP. d/b/a
GRIMALIDI'S PIZZERIA, and FRANK
CIOLLI, Jointly and Severally,

                Defendants.
-----------------------------------------------------------X

      I, Douglas C. Palmer, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendants 1 FRONT STREET GRIMALDI, INC. d/b/a GRIMALDI'S PIZZERIA, DUMBO RESTAURANT CORP. d/b/a GRIMALDI'S PIZZERIA, SIXTH AVENUE GRIMALDI, INC.d/b/a GRIMALDI'S PIZZERIA and 1215 SURF AVE. RESTAURANT CORP. d/b/a GRIMALDI'S PIZZERIA have not filed any answer or otherwise moved with respect to the Complaint herein.

      The default of Defendants 1 FRONT STREET GRIMALDI, INC. d/b/a GRIMALDI'S PIZZERIA, DUMBO RESTAURANT CORP. d/b/a GRIMALDI'S PIZZERIA, SIXTH AVENUE GRIMALDI, INC. d/b/a GRIMALDI'S PIZZERIA and 1215 SURF AVE. RESTAURANT CORP. d/b/a GRIMALDI'S PIZZERIA is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York                DOUGLAS C. PALMER, Clerk of the Court
      November 3, 2020
                                        By: _____Jalitza Poveda_____
                                                 Deputy Clerk